**2002–1668. State ex rel. Taylor v. Erie Cty. Common Pleas Court.**
In Mandamus. On motion for contempt of court and motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.

**2002–1706. King v. Mason.**
In Prohibition. On motion to dismiss, motion to strike motion to dismiss filed by L. Christopher Frey, and motion for leave to amend complaint. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–1715. Lutz v. McFaul.**
In Habeas Corpus. On petition for writ of habeas corpus of Ronald Edward Lutz. Sua sponte, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–1738. State ex rel. Brown v. Cuyahoga Cty. Common Pleas Court.**
In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**2002–0001. State ex rel. Clark v. Great Lakes Constr. Co.**
Franklin App. No. 01AP–326. On request for oral argument. Request granted.

**2002–0777 and 2002–0825. In re Price.**
Butler App. Nos. CA2001–02–035 and CA2001–04–085, 2002-Ohio-1345. On motion for appointment of counsel. Motion referred to court of appeals for appointment of the Public Defender.

PFEIFER, J., dissents.

**2002–0914. Campus Bus Serv. v. Zaino.**
Board of Tax Appeals, No. 00–V–1031. Sua sponte, this cause is consolidated with 2002–0915, *Campus Bus Serv. v. Zaino,* Board of Tax Appeals, No. 00–V–1030.

**2002–0915. Campus Bus Serv. v. Zaino.**
Board of Tax Appeals, No. 00–V–1030. Sua sponte, this cause is consolidated with 2002–0914, *Campus Bus Serv. v. Zaino,* Board of Tax Appeals, No. 00–V–1031.

**2002–1030. GuideOne Mut. Ins. Co. v. Reno.**
Greene App. No. 01CA68, 2002-Ohio-2057. On motion for relief from stay of briefing. Motion granted.

F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., dissent.

On motion to consolidate with case 2002–0248, *Cincinnati Ins. Co. v. Anders,* Greene App. No. 2001CA42, 2001-Ohio-1920, for oral argument. Motion granted.

F.E. SWEENEY and COOK, JJ., dissent.

**2002–1515. Haley v. Wilson.**
Summit App. No. 20967, 2002-Ohio-3987. On motion to disqualify Matthew Gilmartin as counsel of record for appellee Haley with supporting affidavits attached. Motion denied.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

**2002–1524. State v. Burnside.**
Fairfield App. No. 01CA60, 2002-Ohio-4344. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Judgment Entry filed August 22, 2002, at page 3:

"When there is no evidence that a solid anticoagulant is used in a blood test to determine alcohol content as required by O.A.C. 3701–53–05(C) do[es] the State still meet its burden of substantial compliance with Department of Health regulations?"

DOUGLAS and F.E. SWEENEY, JJ., dissent.

RESNICK, J., not participating.